**DISMISS and Opinion Filed March 4, 2022**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00811-CV

## NICOLE STOTTS WITH TEXAS URBAN LIVING REALTY, LLC., Appellant
## V.
## ADAM PERKINS AND ALL OCCUPANTS, Appellee

**On Appeal from the County Court at Law No. 2
Dallas County, Texas
Trial Court Cause No. CC-21-01887-B**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Goldstein
Opinion by Chief Justice Burns

It is well-settled that a corporation may only be represented in court by a licensed attorney. *See Kunstoplast of Am., Inc. v. Formosa Plastics Corp.*, 937 S.W.2d 455, 456 (Tex. 1996) (per curiam). The notice of appeal in this case was filed by "pro se Nicole Stotts" on behalf of Texas Urban Living Realty, LLC. On January 24, 2022, we directed appellant to file, within thirty days, a notice of designation of counsel. *See* TEX. R. APP. P. 6.1(c). Although we cautioned appellant that failure to comply could result in dismissal of the appeal without further notice, *see Kunstoplast*, 937 S.W.2d at 456, no response has been filed.

Accordingly, we dismiss the appeal. *See id.*

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

210811F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

NICOLE STOTTS WITH TEXAS URBAN LIVING REALTY, LLC., Appellant

No. 05-21-00811-CV     V.

ADAM PERKINS AND ALL OCCUPANTS, Appellee

On Appeal from the County Court at Law No. 2, Dallas County, Texas Trial Court Cause No. CC-21-01887-B.

Opinion delivered by Chief Justice Burns. Justices Molberg and Goldstein participating.

     In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered March 4, 2022